Chief Justice CASTILLE, Justices SAYLOR, EAKIN, BAER, TODD and ORIE MELVIN join the opinion.

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Damtyell VAUGHTER, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 10, 2011.

***ORDER***

PER CURIAM.

**AND NOW,** this 10th day of November, 2011, the Application for Post-submission Communication and the Petition for Allowance of Appeal are hereby **DENIED.**